# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

LESLIE A. WILSON, and on behalf of                                            PLAINTIFF
others similarly situated

v.                       No. 4:09CV00775 JLH

CLAYTON HOMES, INC.; CMH HOMES, INC.; and
VANDERBILT MORTGAGE AND FINANCE, INC.              DEFENDANTS

## ORDER

Todd Turner, local counsel for plaintiff, has filed a motion for admission *pro hac vice* of Joseph M. Dunn with the firm of Wigington Rumley Dunn, L.L.P., in San Antonio, Texas. The motion is GRANTED. Document #4. Joseph M. Dunn is hereby admitted to appear before this Court *pro hac vice* as co-counsel for plaintiff in this action.

IT IS SO ORDERED this 23rd day of October, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE