**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

LESLIE A. WILSON, and on behalf of                                                                PLAINTIFF
others similarly situated

v.                                          No. 4:09CV00775 JLH

CLAYTON HOMES, INC.; CMH HOMES, INC.; and
VANDERBILT MORTGAGE AND FINANCE, INC.                                               DEFENDANTS

**ORDER**

Todd Turner, local counsel for plaintiff, has filed a motion for admission *pro hac vice* of David L. Rumley with the firm of Wigington Rumley Dunn, L.L.P., in Corpus Christi, Texas. The motion is GRANTED. Document #3. David L. Rumley is hereby admitted to appear before this Court *pro hac vice* as co-counsel for plaintiff in this action.

IT IS SO ORDERED this 23rd day of October, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE