**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

LESLIE A. WILSON, and on behalf of                                          PLAINTIFF
others similarly situated

v.                                          No. 4:09CV00775 JLH

CLAYTON HOMES, INC.; CMH HOMES, INC.; and
VANDERBILT MORTGAGE AND FINANCE, INC.                              DEFENDANTS

### <u>ORDER</u>

Todd Turner, local counsel for plaintiff, has filed motions for admission *pro hac vice* of

Baldemar F. Gutierrez, David O. Gonzalez, and J. Javier Gutierrez with The Gutierrez Law Firm,

Inc., in Alice, Texas.  The motions are GRANTED.  Documents #5, #6, and #7.  Baldemar F.

Gutierrez, David O. Gonzalez, and J. Javier Gutierrez are hereby admitted to appear before this

Court *pro hac vice* as co-counsel for plaintiff in this action.

IT IS SO ORDERED this 23rd day of October, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE